IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Date of |
| | : Notice: September 19, 2022 |
| vs. | : |
| | : |
| MICHAEL SCHAMACH | : CRIMINAL NO. 18-595 |
| USM No. 76931-066 | |
| FDC Philadelphia | |
| P.O. Box 562 | |
| Philadelphia, PA 19105 | |

## NOTICE OF HEARING

**TAKE NOTICE** that the above-named defendant has been scheduled for **JURY TRIAL** on **February 21, 2023** at **10:00 A.M.**, before the Honorable Gene E. K. Pratter in Courtroom 10-B of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.
☐ **Hearing rescheduled from:**

For additional information, please contact the undersigned.

Michael Coyle,
Deputy Clerk to Judge Pratter

Notice to:
 Defendant
 Catherine C. Henry, Esq., Defense Counsel
 Joseph A. LaBar, A.U.S.A.
 U.S. Marshal
 Probation Office
 Pretrial Services
 Interpreter Coordinator